UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

STEVEN P. KELLY, ESQUIRE
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407,
Cherry Hill, New Jersey 08034
Telephone: (609) 397-9200
FACSIMILE: (856) 667-1456
(COUNSEL FOR MOVANT)

In Re:
Anne P. Dackis
        Debtor
---------------------------------------------------
Weichert Financial Services
        Creditor/Movant
v.
Anne P. Dackis
        (Respondents)

Order Filed on February 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case Number: 18-24810-CMG

Chapter 13

Judge:    Christine M. Gravelle

## ORDER APPROVING STIPULATION/CONDITIONAL ORDER SETTLING OBJECTION TO PLAN

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 25, 2019**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(page 2)
Debtor: Anne P. Dackis
Case Number: 18-24810-CMG
Caption of Order: Order Settling/Resolving Objection to Confirmation of Plan

Upon the Objection of Weichert Financial Services (Creditor) through its Counsel Stern & Eisenberg PC, attorneys for secured creditor, under Bankruptcy Code as to certain property, 74 Branch Street, Medford Township, NJ 08055 ("Property"), and the parties agreeing to the entry of the Order settling the Objection and for cause shown, it is hereby ORDERED and DECREED as follows:

1. Creditor filed an Objection to Confirmation of Plan on August 6, 2018.

2. Creditor shall retain its first mortgage lien and none of its rights are being modified.

3. As part of Debtor's Chapter 13 Plan, Debtor is seeking to obtain a loan modification of the subject property.

4. Debtor shall have until March 3, 2019, or as extended by Loss Mitigation, to obtain a loan modification.

5. Should Debtor not obtain a loan modification by March 3, 2019, or as extended by Loss Mitigation, then Creditor may file a motion to obtain relief from the automatic stay.

6. Debtor shall make regular contractual post-petition payments to Creditor per Creditor's Proof of Claim 4 and any subsequent Notices of Payment Change pursuant to Bankruptcy Rule 3002.1.

7. The Stipulation resolving Motion for Relief filed on December 19, 2018 and entered as an Order of this Court on December 20, 2019 remains in full effect and Debtor shall comply with its terms.

_____
Stephanie Shreter, Esquire
Counsel for Debtor


/s/ Steven P. Kelly
_____
Steven P. Kelly, Esquire
STERN & EISENBERG, PC
Attorney for Creditor