Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−24810−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anne P. Dackis
   74 Branch St
   Medford, NJ 08055−2716

Social Security No.:
   xxx−xx−2377

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/5/19 at 09:00 AM

to consider and act upon the following:

*52* − Creditor's Certification of Default (related document:50 Order (Generic)) filed by Steven P. Kelly on behalf of Weichert Financial Services. Objection deadline is 05/22/2019. (Attachments: # 1 Certification # 2 Exhibit A: Filed Stipulation # 3 Exhibit B: NOD # 4 Proposed Order # 5 Certificate of Service) (Kelly, Steven)

Dated: 5/23/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court