Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−24810−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anne P. Dackis
   74 Branch St
   Medford, NJ 08055−2716

Social Security No.:
   xxx−xx−2377

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/5/19 at 09:00 AM

to consider and act upon the following:

**52** − Creditor's Certification of Default (related document:50 Order (Generic)) filed by Steven P. Kelly on behalf of Weichert Financial Services. Objection deadline is 05/22/2019. (Attachments: # 1 Certification # 2 Exhibit A: Filed Stipulation # 3 Exhibit B: NOD # 4 Proposed Order # 5 Certificate of Service) (Kelly, Steven)

Dated: 5/23/19

                                         Jeanne Naughton
                                         Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Anne P. Dackis  
    Debtor

Case No. 18-24810-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 23, 2019  
                         Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2019.  
db         Anne P. Dackis,    74 Branch St,    Medford, NJ    08055-2716

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:  
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
          Albert    Russo    docs@russotrustee.com  
          Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Stephanie    Shreter    on behalf of Debtor Anne P. Dackis shreterecf@comcast.net,  
           shreterlaw@gmail.com  
          Steven P. Kelly    on behalf of Creditor    Weichert Financial Services skelly@sterneisenberg.com,  
           bkecf@sterneisenberg.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                 TOTAL: 6