| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | <br>**Order Filed on October 10, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
|---|---|
| In Re:<br>Debtor<br>     Anne P. Dackis | Case No.: 18-24810-CMG<br><br>Hearing date: 10/8/19<br><br>Judge: Hon. Christine M. Gravelle, U.S.B.J. |

# O R D E R APPROVING LOAN MODIFICATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 10, 2019**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

This matter having been brought to the Court on the motion of __Stephanie Shreter__
on behalf of ___the debtor___ seeking an Order Authorizing Entry of a <u>Final</u> Loan Modification Agreement concerning a mortgage on real property referenced on the loan modification attached to movant's motion, and the Court having considered the submissions; and parties having been given timely notice; and for good cause shown:

1. IT IS ORDERED Debtor is granted approval to enter into a final loan modification.

2. IT IS ORDERED If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within thirty (30) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

3. IT IS ORDERED If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within thirty (30) days of the date of this Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

4. IT IS FURTHER ORDERED Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

```
United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 18-24810-CMG
Anne P. Dackis                                                      Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 1         Date Rcvd: Oct 10, 2019
                              Form ID: pdf903             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2019.
db             Anne P. Dackis,    74 Branch St,    Medford, NJ  08055-2716

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Christopher M. McMonagle    on behalf of Creditor    Weichert Financial Services
               cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Stephanie   Shreter    on behalf of Debtor Anne P. Dackis shreterecf@comcast.net,
               shreterlaw@gmail.com
              Steven P. Kelly    on behalf of Creditor    Weichert Financial Services skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7