| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>NEW JERSEY DISTRICT | |
| STEPHANIE SHRETER, ESQUIRE<br>105 High Street<br>Mount Holly NJ 08060<br>609-265-9600<br>Attorney for the Debtor(s) | **Order Filed on February 20, 2020**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>   Anne Dackis<br><br>            DEBTORS | :Case #18-24810<br>:Chapter 13<br>:<br>:Hearing Date: February 19, 2020<br>:Judge: Christine M. Gravelle |

**ORDER TO AMEND THE PROOF OF CLAIM OF WEICHERT FINANCIAL SERVICES TO REFLECT ARREARAGES DUE IN THE AMOUNT OF $0.**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: February 20, 2020**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2

       This matter having been opened to the Court by Stephanie Shreter, Esq., attorney for the Debtor and Stephanie Shreter having appeared on behalf of the Debtor and good cause having been shown;

       It is on this 19th day of February, 2020 ORDERED that THE PROOF OF CLAIM OF WEICHERT FINANCIAL SERVICES, (Claim #4-1) SHALL BE AMENDED TO REFLECT AREARAGES DUE IN THE AMOUNT OF $0

       It is further ORDERED that the Movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.