UNITED STATES BANKRUPTCY COURT
NEW JERSEY DISTRICT

**Order Filed on February 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

STEPHANIE SHRETER, ESQUIRE
105 High Street
Mount Holly NJ 08060
609-265-9600
Attorney for the Debtor(s)

In Re:

:Case #18-24810
:Chapter 13
:
**Anne Dackis**         :Hearing Date: February 19, 2020
:Judge: Christine M. Gravelle

DEBTORS

## ORDER TO AMEND THE PROOF OF CLAIM OF WEICHERT FINANCIAL SERVICES TO REFLECT ARREARAGES DUE IN THE AMOUNT OF $0.

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: February 20, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2

      This matter having been opened to the Court by Stephanie Shreter, Esq., attorney for the Debtor and Stephanie Shreter having appeared on behalf of the Debtor and good cause having been shown;

      It is on this 19th day of February, 2020 ORDERED that THE PROOF OF CLAIM OF WEICHERT FINANCIAL SERVICES, (Claim #4-1) SHALL BE AMENDED TO REFLECT AREARAGES DUE IN THE AMOUNT OF $0

      It is further ORDERED that the Movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                                Case No. 18-24810-CMG
Anne P. Dackis                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1           Date Rcvd: Feb 20, 2020
                               Form ID: pdf903          Total Noticed: 1

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2020.
db             Anne P. Dackis,    74 Branch St,    Medford, NJ 08055-2716

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Christopher M. McMonagle    on behalf of Creditor    Weichert Financial Services
               cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Stephanie   Shreter    on behalf of Debtor Anne P. Dackis shreterecf@comcast.net,
               shreterlaw@gmail.com
              Steven P. Kelly    on behalf of Creditor    Weichert Financial Services skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```