STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

Order Filed on June 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(TRENTON DIVISION)**

| In Re: | Case No.: 18-24810-CMG |
|---|---|
| Anne P. Dackis | Chapter: 13 |
| Debtor(s) | Judge: Christine M. Gravelle |

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

ORDER VACATING STAY

The relief set forth on the following page is hereby ***ORDERED.***

**DATED: June 1, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(page 2)
Debtor: Anne P. Dackis

Case Number: 18-24810-CMG

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

Upon the Certification of Weichert Financial Services through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

ORDERED that the automatic stay of Bankruptcy Code § 362(a) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

☑       Real Property more fully described as:

74 Branch Street, Medford Township, NJ 08055 -- the "Property".

☐       Personal Property more fully described as:

It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-24810-CMG
Anne P. Dackis                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jun 01, 2020
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2020.
db              Anne P. Dackis,    74 Branch St,    Medford, NJ  08055-2716

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2020 at the address(es) listed below:
        Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
        Albert  Russo    docs@russotrustee.com
        Christopher M. McMonagle    on behalf of Creditor    Weichert Financial Services
         cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
        Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
         kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Stephanie  Shreter    on behalf of Debtor Anne P. Dackis shreterecf@comcast.net,
         shreterlaw@gmail.com
        Steven P. Kelly    on behalf of Creditor    Weichert Financial Services skelly@sterneisenberg.com,
         bkecf@sterneisenberg.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                TOTAL: 7